MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150
Attorneys for Defendant
Elsie Fuller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ELSIE FULLER,

    Defendant.

Case No.: 2:13-CR-103-MCE

STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE

On or about April 5, 2013, Ms. Elsie Fuller was arrested along with several other persons. On that date Ms. Fuller was released from custody on conditions of release including Condition 9 which requires Ms. Fuller to submit to drug and /or alcohol testing as approved by the pretrial services officer. This condition was recommended based upon information that Ms. Fuller had used marijuana. Ms. Fuller has been under this condition since April of 2013 – over one year. She has tested regularly and all of her tests have been negative. Counsel for Ms. Fuller has been in contact with her pretrial officer Amaryllis Gonzalez as well as the assigned Assistant United States Attorney. Neither has any objection to his request.

**STIPULATION:**

Therefore, Plaintiff, United States, and Defendant, Elsie Fuller, through her undersigned counsel, hereby stipulate and agree that the Court should delete condition 9 of Ms. Fuller's release conditions to delete the requirement that she continue to drug and alcohol test.

1

All other previously imposed conditions of pretrial release should remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: June 11, 2014        BENJAMIN B. WAGNER
United States Attorney

By /s/ Todd Pickles
TODD PICKLES
Assistant U.S. Attorney

DATED: June 11, 2014        The CHASTAINE LAW OFFICE

By /s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
Elsie Fuller

## ORDER

**IT IS SO ORDERED. Good Cause Appearing,** it is hereby ordered that the previously imposed Condition **9** is deleted.

All other previously imposed conditions of pretrial release shall remain in full force and effect.

Dated:  June 16, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE